David L. Edelblute, Esq.
Nevada Bar No. 14049
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone 702.257.1483
Facsimile 702.567.1568
dle@h2law.com

and

Sherry D. Coley, Esq.
Admitted *Pro Hac Vice*
**AMUNDSEN DAVIS, LLC**
318 South Washington, Suite 300
Green Bay, WI 54301
Telephone 920.431.2239
scoley@amundsendavislaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL HOUSEWARES, INC. DBA: THE POOL PEOPLE, a Wisconsin corporation; JEFFREY DESING, an individual; and JANELLE DESING, an individual <br><br> Defendants. | Case No. 2:23-cv-01368-JAD-DJA |

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiff, Aquatech Corporation d/b/a United Aqua Group, and Defendants, Central Housewares, Inc. dba: The Pool People, Jeffrey Desing, and Janelle Desing, by and through their

respective counsel of record, hereby jointly request that the Court enter an order dismissing the above-entitled action, including all claims made in the Complaint and Counterclaim, with prejudice and without costs or fees to any party.

Dated this 13th day of August, 2024.

| | |
|---|---|
| /s/ Benjamin C. Struby | /s/ Sherry D. Coley |
| Benjamin Struby, Esq. | Sherry D. Coley, Esq. |
| (admitted pro hac vice) | (admitted pro hac vice) |
| LATHROP GPM LLP | AMUNDSEN DAVIS, LLC |
| 2345 Grand Blvd., Ste 2200 | 318 South Washington, Suite 300 |
| Kansas City, MO 64108-2618 | Green Bay, WI 54301 |
| | |
| John E. Bragonje, Esq. (SBN 9519) | David L. Edelblute, Esq. (SBN 14049) |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | HOWARD & HOWARD ATTORNEYS PLLC |
| 3993 Howard Hughes Pkwy, Ste. 600 | 3800 Howard Hughes Parkway, Suite 1000 |
| Las Vegas, NV 89169-5996 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

Based on the parties' stipulation [ECF No. 22] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
August 15, 2024